UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR 1 5 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| KATHLEEN MARIE HYDAR, COURTNEY ANARIAN BROWN, PARIS JOHN EARNEST DEVINE, and RAYMOND CHRISTOPHER SEAY, | ) ) ) ) ) |
| Defendants. | ) ) |

4:18CR224 HEA/NAB

## INDICTMENT

### COUNT I

The Grand Jury further charges that:

On or about September 28, 2017, in the City of St. Louis, State of Missouri, within the Eastern District of Missouri,

**PARIS JOHN EARNEST DEVINE,**

the defendant herein, with the intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2013 Kia Forte, vehicle identification number ("VIN") KNAFU4A24D5703550, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT II

The Grand Jury further charges that:

1

On or about September 28, 2017, in the City of St. Louis, State of Missouri, within the Eastern District of Missouri,

**PARIS JOHN EARNEST DEVINE,**

the defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, armed carjacking, in violation of Title 18, United States Code, Sections 2119 and 2, as set forth in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A).

## COUNT III

The Grand Jury charges that:

On or between October 10 and October 11, 2017, in Jefferson County, Missouri, within the Eastern District of Missouri and elsewhere,

**KATHLEEN MARIE HYDAR,
COURTNEY ANARIAN BROWN,
PARIS JOHN EARNEST DEVINE, and
RAYMOND CHRISTOPHER SEAY,**

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together with one or more other persons known and unknown to the Grand Jury to commit the following offenses against the United States: to possess, with the intent to distribute, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

The amount of the mixture or substance containing a detectable amount of methamphetamine for which the defendants are accountable in Count Three as a result of their own conduct and the reasonably foreseeable conduct of their co-conspirators is more than 500

grams, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT IV

The Grand Jury further charges that:

On or about October 11, 2017, in Jefferson County, Missouri, within the Eastern District of Missouri,

**COURTNEY ANARIAN BROWN and
PARIS JOHN EARNEST DEVINE,**

the defendants herein, acting together, did knowingly possess, brandish, and discharge one or more firearms in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States; to wit: conspiracy to knowingly and intentionally possess with the intent to distribute methamphetamine, as charged in Count One herein, in violation of Title 18, United States Code, Section 924(c)(1)(A).

And in the course of this violation caused the death of Ramone Thomas through the use of the firearm, which killing is murder as defined in Title 18, United States Code, Section 1111, in that the defendants, acting together, unlawfully killed Ramone Thomas by shooting him with a firearm, during the perpetration of a burglary, thereby making this offense punishable under Title 18, United States Code, Section 924(j)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ANGIE E. DANIS, #64805MO
Special Assistant United States Attorney

3